**DISMISS and Opinion Filed April 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01550-CV

**HOUSING AUTHORITY OF THE CITY OF DALLAS, Appellant**
**V.**
**MARIA RITA MARTINEZ AND 123 DIVORCE COMPANY, Appellees**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-12320**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Moseley

Before the Court is the parties' joint motion to vacate and render judgment pursuant to

their settlement agreement. We grant the parties' motion, set aside the trial court's judgment

without regard to the merits, and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2).


/Jim Moseley/

JIM MOSELEY
131550F.P05                                             JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

HOUSING AUTHORITY OF THE CITY
OF DALLAS, Appellant

No. 05-13-01550-CV          V.

MARIA RITA MARTINEZ AND 123
DIVORCE COMPANY, Appellees

On Appeal from the 301st Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DF-10-12320.
Opinion delivered by Justice Moseley.
Justices Francis and Lang, participating.

In accordance with this Court's opinion of this date, the trial court's judgment is **SET ASIDE** without regard to the merits and the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 7th day of April, 2014.

/Jim Moseley/
JIM MOSELEY
JUSTICE

–2–